B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of New York

In re  **Andres Ramirez**
      **Jeanne Marie Ramirez**
                              Debtor(s)

Case No. _____

Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**21st Mtg** | **Describe Property Securing Debt:**<br>**Mobile Home Located at:**<br>**430 Route 146  Lot 117, Clifton Park NY 12065**<br><br>**60 X 24 Doublewide, 3 bedrooms, 2 bath, with skirting and steps** |

Property will be (check one):
 ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **July 21, 2015**          Signature  **/s/ Andres Ramirez**
                                           **Andres Ramirez**
                                           Debtor

Date  **July 21, 2015**          Signature  **/s/ Jeanne Marie Ramirez**
                                           **Jeanne Marie Ramirez**
                                           Joint Debtor